THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Darrell R. Johnson and Sheryl K. Johnson, Respondents,
 v.
 Fort Mill Chrysler Plymouth Dodge, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from York County
John C. Hayes, III, Circuit Court Judge
Memorandum Opinion No. 2007-MO-050
Heard June 19, 2007  Filed July 23, 2007   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Ronald J. Tryon and Michael E. Kozlarek, both of Parker Poe Adams & Bernstein, of Columbia, for Petitioner.
 Mitchell K. Byrd, of Bauer Law Firm, of Hilton Head, for Respondents.
 
 
 

PER CURIAM:  This Court granted certiorari to review the court of appeals decision in Johnson v. Fort Mill Chrysler Plymouth Dodge, Op. No. 2005-UP-058 (S.C. Ct. App. filed May 2, 2005).  We dismiss the writ as improvidently granted.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.